■ The People of the State of New York, Respondent, v Jimmy Won, Appellant. [617 NYS2d 161] —Judgment, Supreme Court, New York County (Albert Williams, J., at pretrial proceeding; Robert Haft, J., at trial and sentence), rendered June 28, 1990, convicting defendant, after a jury trial, of one count of conspiracy in the fourth degree and two counts of attempted grand larceny in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years on each count, unanimously affirmed.

Given the number of times the complainant encountered defendant at the restaurant bar, as well as the length and

highly charged nature of those encounters, the complainant's Grand Jury testimony clearly established that she was sufficiently familiar with defendant that, as a matter of law, there was no risk that police suggestion could lead to a misidentification *(People v Rodriguez,* 79 NY2d 445, 450). Accordingly, the court properly denied defendant a *Wade* hearing without first conducting a hearing as to whether the photographic identification was merely confirmatory in nature *(supra).* Concur—Ellerin, J. P., Kupferman, Asch, Nardelli and Tom, JJ.